

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-19-00134-CV

**IN THE INTEREST OF D.R., ET AL,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00445
Honorable Genie Wright, Judge Presiding

# O R D E R

Geneva Garcia's notification of late reporter's record is hereby granted. Time is extended to April 5, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court